IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEMONT WILLIAMS,

   Plaintiff,        2:07-cv-01838 ALA P

  vs.

D.K. Sisto, et al.,

   Defendants.    <u>ORDER</u>

_____/

   Plaintiff Lemont Williams is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983.  On March 13, 2007, Plaintiff filed a complaint along with several other prisoners as part of a class action.  That complaint was dismissed on September 5, 2007, and Plaintiff was ordered to file an amended complaint as an individual plaintiff within fifty-six days. Plaintiff has failed to file a complaint.

   Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed.

/////

DATED: December 21, 2007

         <u>/s/ Arthur L. Alarcón</u>
         UNITED STATES CIRCUIT  JUDGE
         Sitting by Designation